Bernard Bernstein, Respondent, v. Jacob P. Adler, Appellant, Impleaded with Sigmund Mogulesco.— Judgment affirmed, with costs. No opinion.

Max Solomon, an Infant, by Samuel M. Solomon, His Guardian ad Litem, Respondent, v. Louis Kircher, Appellant.— Judgment and order affirmed, with costs. No opinion.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. Liquors Seized at 390 Broome Street, Borough of Manhattan, New York City. Salvatore di Giorgio, Respondent.— Judgment and order affirmed, with costs. No opinion.

Joseph Horn, Respondent, v. Isaac Gerstein, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of The City of New York Relative to Acquiring Title to Certain Real Estate, etc.; Situated in the Sixth Ward of the Borough of Manhattan, in the City of New York, Duly Selected and Specified by the Commissioner of Bridges of the City of New York, with Approval of the Board of Estimate and Apportionment of Said City, Pursuant to the Provisions of Chapter 712 of the Laws of 1901, for the Construction of an Extension to the Westerly or Manhattan Terminal of the New York and Brooklyn Bridge, etc. Harry C. Hart, Appellant; Jeanne Casper and Adelaide E. Jones, as Executrices, etc., of Frances J. Storms, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Silverman, Appellant, v. Jacob Binder and Jacob Baum, Doing Business under the Firm Name of Binder & Baum, Respondents.— Judgment affirmed, with costs. No opinion.

Max Degenkolb, Appellant, v. Max Roth, Respondent.— Judgment and order affirmed, with costs. No opinion.

Patrick Burns, Appellant, v. Joseph Stern and Others, Composing the Firm of Joseph Stern & Sons, Respondents.— Judgment affirmed, with costs. No opinion.

In the Matter of Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company.— Report of commissioners confirmed. Order to be settled on notice.

In the Matter of Edward W. Norris.— Reference ordered. Order to be settled on notice.

In the Matter of Abram S. Jaffer.— Proceedings dismissed. Order to be settled on notice.

William G. Chambers, Appellant, v. William G. Peckham, Respondent. — Judgment affirmed, with costs. No opinion.

Samuel Lipschitz, Respondent, v. Herman Berkovitz and Simon Spiegel, Appellants.— Judgment affirmed, with costs. No opinion.

James F. Mack, Respondent, v. Sanitary Fireproofing and Contracting Company and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. John Wulforst, Appellant.— Judgment affirmed. No opinion (Laughlin, J., dissenting.)